3-587 conf
09/23/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday October 28, 2003

1:00 p.m.

CASE NO.   3-03-cv-587 Bugoni v Moore's Moving
---------------------------------------------------------

COUNSEL OF RECORD:

John William Dietz         Halloran & Sage, 315 Post Rd. West,
                           Westport, CT 203-227-2855

Joseph F. Mulvey           11 Isaacs Street, 2nd Fl., Norwalk, CT
                           203-855-9713

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK

**STATUS CONFERENCE HELD**

DATE: 10/28/03

5 Min.