OrdSetConf

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 29  1 54 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

PETER BUGONI,

    Plaintiff

v.                               NO.   3:03cv587 (MRK)

MOORE'S MOVING AND STORAGE, INC.
and ALLIED VAN LINES, INC.

    Defendants.

## ORDER

The counsel for the parties having conferred telephonically with the Court on October 28, 2003 and having agreed to the involvement of the Court in settlement discussions, they are hereby ordered to appear, accompanied by the plaintiff and by representatives of the defendants with authority to settle, at the United States District Court in New Haven, Connecticut, on December 4, 2003 at 10:00 A.M. for a settlement conference.

IT IS SO ORDERED

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: October 29, 2003.