UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

PETER BUGONI,
       Plaintiff,

: CIVIL ACTION NO.
: 3:03 CV 587 (RNC) MRK

MOORE'S MOVING AND STORAGE
INC. AND ALLIED VAN LINES, INC.,

       Defendants

: JANUARY 03, 2004

## WITHDRAWAL OF ACTION

The plaintiff, herein represents that this case has been settled and respectfully asks permission of this court to withdraw this action with prejudice.

Plaintiff, Peter Bugoni

By: _____
Joseph F. Mulvey
Federal Bar No ct 02730
Law Office of Joseph F. Mulvey
11 Isaacs Street, Second Floor
Norwalk, CT 06850-4107
Tel. (203) 855-9713
Fax. (203) 853-6116

## ORDER

The foregoing having been duly presented is hereby ORDERED:

GRANTED / DENIED.   Dated: January _____, 2004.

THE COURT

_____

## CERTIFICATE OF SERVICE

On January 3, 2004, a copy of the foregoing was sent via first class mail, postage prepaid to all counsel and parties of record at the below addresses:

Attorney John W. Dietz
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06850-4739

Moore's Moving & Storage, Inc.
569 Union Avenue
Bridgeport, CT 06607-1429

By: _____
Joseph P. Mulvey